OPINION — AG — ** NEPOTISM — COUNTY FREE FAIR BOARD — INTOXICATING LIQUOR ON PREMISES ** (1) THE MEMBERS OF THE BOARD OF DIRECTORS OF A COUNTY FREE FAIR ASSOCIATION ESTABLISHED UNDER THE PROVISIONS OF 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M) OR 2 O.S. 131.1 [2-131.1] THRU 2 O.S. 131.18 [2-131.18] ARE COUNTY OFFICERS OF THE COUNTY, AND SUCH ARE SUBJECT TO THE PROHIBITIONS CONTAINED IN 21 O.S. 481 [21-481] AGAINST EMPLOYMENT OR APPOINTMENT OF PERSONS BY THIRD DEGREE. (2) SAID STATUTES TO EMPLOY A RELATIVE OF SUCH MEMBER OF SAID BOARD OF DIRECTORS TO DO A PARTICULAR JOB OR PIECE OF WORK. RELATED SUBJECT MATTER: DANCE HALL IN CONNECTION WITH HOTEL OR BEER ESTABLISHMENT. EXISTING BEER LICENSE, SEPARATE OUTSIDE ENTRANCE CITE: 2 O.S. 104 [2-104](A), 2 O.S. 131.1 [2-131.1], 21 O.S. 481 [21-481], 37 O.S. 212 [37-212], 37 O.S. 216 [37-216], 63 O.S. 331 [63-331], 37 O.S. 211 [37-211], OPINION NO. SEPTEMBER 6, 1933 — UPDEGRAFF (POOL HALLS)/ OPINION NO. DECEMBER 17, 1945 — RHOADS (RICHARD M. HUFF)